IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN

Plaintiff,

v.                                                            Case No.:  4:19-cv-00345-MW-CAS

HON. WALTER McNEIL, as Sheriff of Leon
County, Florida, and CORIZON LLC, a
Health Services Corporation, and MARIA
LILIANA GARCIA, MD, CELESTE MACDONALD,
And DEBBIE SELLERS, individualy,

Defendants.

_____/

## PARTIES JOINT STATUS REPORT PURSUANT TO ORDER (DOC 11)

COMES NOW, all parties, by and through undersigned counsel and hereby provides a Joint Status Report regarding discovery pursuant to The Initial Scheduling Order (Doc 11) :

1. On October 25, 2019, Defendants Corizon LLC, Maria Garcia MD, Celeste MacDonald and Debbie Sellers filed their Answer and Affirmative Defenses.

2. On November 5, 2019, Defendant McNeil filed his Unopposed Motion For Extension of Time to respond to complaint, requesting an extension until November 15, 2019.

3. On November 15, 2019 Defendant McNeil filed his Answer and Affirmative Defenses.

4. No discovery has been initiated by the parties at this time.

Respectfully submitted this 18th day of November, 2019

/s/ *Jami M. Kimbrell*
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379
jmk@brookslawyers.net
Joseph E. Brooks
Florida Bar No.: 0880752
jeb@brookslawyers.net
Olivia M. Brooks
Florida Bar No.:0123758
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
Fax: 850-201-0909
Counsel For Corizon LLC,
Maria Garcia, MD, Debbie Sellers,
Celeste MacDonald

/s/ *Dawn Pompey Whitehurst*
DAWN POMPEY WHITEHURST
Florida Bar No.: 0794546
dwhitehurst@sniffenlaw.com
MICHAEL P. SPELLMAN
Florida Bar No.: 0937975
mspellman@sniffenlaw.com
SNIFFEN & SPELLMAN, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
Attorneys for Defendants,
Sheriff Walt McNeil

/s/ *James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar No.: 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 222-8080;
Fax: (850) 561-0836
email: cookjv@gmail.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, a true and correct copy of the foregoing has been provided to all counsel via CM/ECF this 18th day of November, 2019.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.:  0657379
jmk@brookslawyers.net
Joseph E. Brooks
FBN: 0880752
jeb@brookslawyers.net
Olivia M. Brooks
Fla. Bar No.: 0123758
omb@brookslawyers.net
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
Fax: 850-201-0909