IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN

Plaintiff,

v.                                                    Case No.:  4:19-cv-00345-MW-MAF

HON. WALTER McNEIL, as Sheriff of Leon
County, Florida, and CORIZON LLC, a
Health Services Corporation, and MARIA
LILIANA GARCIA, MD, CELESTE MACDONALD,
And DEBBIE SELLERS, individually,

Defendants.

_____/

## DEFENDANT CORIZON HEALTH INC'S CONSENTED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (DOC 43)

COME NOW, Defendant Corizon Health, Inc., by and through undersigned counsel and hereby submit its Consented Motion For Extension of Time to Respond to Plaintiff's Motion To Compel Better Answers From Corizon and in support thereof state:

1. On July 4, 2020, Plaintiff filed his Motion To Compel Better Answers Answer Defendant Corizon. (Doc 43)

2. This Court issued an order expediting a response to the motion to compel with a deadline of Monday July 13, 2020 . (Doc 45)

3. Undersigned counsel has worked diligently to resolve the discovery issues brought by Plaintiff through numerous emails, as well as providing verified responses, supplemental responses and numerous additional documents.

4. As indicated in Plaintiff's Notice Of Withdrawing Issues, (Doc 51), a number of items have already been agreed to by the parties, however there are items that still need to be addressed.

5. As to the remaining issues regarding the discovery dispute, Defendants have agreed to restate their boilerplate objections with better answers and are still diligently working to provide additional supplemental responses.

6. Plaintiff's counsel has agreed to the additional 2 days to give the parties further opportunity to resolve all remaining issues.

7. For any issues that the parties cannot reach an agreement on, the Defendant will file its Response to Plaintiff's Motion to Compel Better Answers by Wednesday July 15, 2020 and Defendant has agreed that Plaintiff's counsel may file a reply brief.

8. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, undersigned counsel respectfully requests an extension until Wednesday July 15, 2020 to respond to Plaintiff's Motion To Compel Better Answers.

Respectfully submitted this 13th day of July, 2020.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379

l

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY a true and correct copy of the foregoing has been provided via CM/ECF and electronic mail to Plaintiff, James Cook, Law Office of James Cook 314 West Jefferson Street Tallahassee, FL 3230, cookjv@gmail.com and Defendant Walt McNeil upon counsel Dawn Pompey Whitehurst, Sniffen & Spellman, P.A.123 N Monroe St, Tallahassee, FL 32301-1509, dwhitehurst@sniffenlaw.com, twylie@sniffenlaw.com this 13th day of July, 2020.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379
jmk@brookslawyers.net
arj@brookslawyers.net
Joseph E. Brooks
FBN: 0880752
jeb@brookslawyers.net
paralegal@brookslawyers.net
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
ATTORNEYS FOR Corizon, Garcia, Sellers and Macdonald