IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN,

    Plaintiff,

v.

HON. WALTER McNEIL, et al.,

    Defendants.

CASE NO. 4:19-cv-345-MW/MAF

**PLAINTIFF'S NOTICE OF WITHDRAWING ISSUES
FROM MOTION TO COMPEL AS TO CORIZON**

NOTICE IS HEREBY GIVEN that Plaintiff BRYANT BROWN, through counsel, files his Notice of Withdrawing Issues from his Motion to Compel as to Defendant Corizon, as follows:

1. Interrogatory 6.
2. Interrogatory 7.
3. RFP 9.
4. RFP 10.
5. RFP 11.
6. RFP 13.
7. RFP 15.
8. RFP 19.
9. RFP 26.
10. RFP 29.

11. RFP 32.

      Respectfully Submitted,  *s/ James V. Cook*
                 JAMES V. COOK, ESQ.
                 Florida Bar No. 0966843
                 LAW OFFICE OF JAMES COOK
                 314 West Jefferson Street
                 Tallahassee, FL 32301
                 Tel. 850-222-8080; 850-561-0836 fax
                 cookjv@gmail.com

                 *For Plaintiff Brown*

I CERTIFY the foregoing was filed electronically on 7/15/2020 and served on all counsel registered with the CM/ECF electronic mail system.

                            *s/James V. Cook*