IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN

Plaintiff,

v.                                                     Case No.: 4:19-cv-00345-MW-MAF

HON. WALTER McNEIL, as Sheriff of Leon
County, Florida, and CORIZON LLC, a
Health Services Corporation, and MARIA
LILIANA GARCIA, MD, CELESTE MACDONALD,
And DEBBIE SELLERS, individually,

Defendants.

_____/

## PARTIES JOINT STATUS REPORT PURSUANT TO ORDER (DOC 11)

COMES NOW, all parties, by and through undersigned counsel and hereby provides a Joint Status Report regarding discovery pursuant to The Initial Scheduling Order (**Additions in Bold.**) :

1. On October 25, 2019, Defendants Corizon LLC, Maria Garcia MD, Celeste MacDonald and Debbie Sellers filed their Answer and Affirmative Defenses.

2. On November 5, 2019, Defendant McNeil filed his Unopposed Motion For Extension of Time to respond to complaint, requesting an extension until November 15, 2019.

3. On November 15, 2019 Defendant McNeil filed his Answer and Affirmative Defenses.

4. On November 18, 2019 Defendant McNeil served its First Request For Production and First Interrogatories to Plaintiff. Plaintiff's responses were served on December 23, 2019.

5. On November 19, 2019 Defendant Corizon, LLC served its First Request For Production and First Interrogatories to Plaintiff. Plaintiff's responses were served on December 23, 2019.

6. On December 2, 2019 Defendant McNeil filed his Initial Rule 26 Disclosures.

7. On December 2, 2019 Defendants Corizon, LLC, Garcia, Macdonald and Sellers, filed their Initial Rule 26 Disclosures.

8. On December 2, 2019 Plaintiff filed his Initial Rule 26 Disclosures.

9. On December 30, 2019 Defendant McNeil filed his First Supplemental Rule 26(a)(2) Disclosures.

10. On January 9, 2020, Plaintiff filed his First Amended Rule 26(a)(2) Disclosures.

11. On January 30, 2020, Defendants Corizon, LLC, Garcia, Macdonald and Sellers, filed their Supplemental Rule 26 Disclosures.

12. On March 12, 2020, Defendants Corizon, LLC, Garcia, Macdonald and Sellers, filed their Second Supplemental Rule 26 Disclosures.

13. On April 30, 2020, Plaintiff filed his Second Amended Rule 26(a)(1) Disclosures.

14. On May 5, 2020 Plaintiff served his First Request For Admissions, Request For Production and Interrogatories to Defendant McNeil.

15. On May 5, 2020 Plaintiff served his First Request For Admissions, Request For Production and Interrogatories to Defendant Corizon.

16. On May 7, 2020 Plaintiff served his First Request For Admissions, Request For Production and Interrogatories to Defendants Garcia, Sellers and MacDonald.

17. **On June 4, 2020 Defendant Corizon served its Responses to Plaintiff's First Request For Production, Plaintiff's First Request For Admissions and First Interrogatories.**

18. **On June 8, 2020 Defendant Garcia served her Responses to Plaintiff's First Request For Production, Plaintiff's First Request For Admissions and First Interrogatories.**

19. **On June 8, 2020 Defendant MacDonald served her Responses to Plaintiff's First Request For Production, Plaintiff's First Request For Admissions and First Interrogatories.**

20. On June 8, 2020 Defendant Sellers served her Responses to Plaintiff's First Request For Production, Plaintiff's First Request For Admissions and First Interrogatories.

21. On June 15, 2020 Defendant McNeil served Responses to Plaintiff's First Request For Admissions, First Request For Production and First Interrogatories.

22. On June 25, 2020 Plaintiff served his Third Rule 26(a)(1) Disclosures.

23. On July 2, 2020 Plaintiff filed his Motion To Compel Better Answers From Defendant McNeil

24. On July 4, 2020 Plaintiff filed his Motion To Compel Better Answers From Defendant Corizon

25. On July 7, 2020 Corizon filed its Third Supplemental Rule 26(a)(1) Disclosures.

26. On July 8, 2020 Defendant Corizon served a Notice of Unavailability of Counsel from July 12-19, 2020.

27. On July 9, 2020 Defendant McNeil served his Second Supplemental Response to Plaintiff's First Request For Production and Amended Answers to Plaintiff's First Interrogatories.

28. On July 9, 2020 Defendant Corizon served its Supplemental Response to Plaintiff's First Request For Production and First Interrogatories.

29. Only July 10, 2020 Plaintiff filed his Withdrawal of Motion To Compel to Defendant McNeil.

30. On July 10, 2020 Plaintiff filed his Withdrawal of Issues of Motion To Compel to Defendant Corizon (Doc 51).

31. On July 12, 2020 Plaintiff filed his Fourth Rule 26(a)(1) Disclosures.

32. On July 13, 2020 Plaintiff served his Rule 26(a)(2)(C) Treater-Expert Summary.

33. July 13, 2020 Defendants Garcia, Sellers and MacDonald served their Notice of Serving Verified Answers to Plaintiff's First Interrogatories.

34. July 13, 2020 Defendant Corizon served its Notice of Serving Verified Answers to Plaintiff's First Interrogatories and Notice of Serving Supplemental Response to Plaintiff's First Interrogatories.

35. July 14, 2020 Defendant Corizon served its Amended Notice of Serving Verified Answers to Plaintiff's First Interrogatories and Amended Notice of Serving Supplemental Response to Plaintiff's First Interrogatories.

36. On July 15, 2020 Plaintiff filed his Withdrawal of Issues of Motion To Compel to Defendant Corizon (Doc 57).

37. July 15, 2020 Defendant Corizon served its Notice of Serving Supplemental Response to Plaintiff's First Request For Admissions,

Second Supplemental Response to Plaintiff's First Interrogatories and Second Supplemental Response to Plaintiff's First Request For Production.

38. On July 10, 2020 Plaintiff filed his Withdrawal of Issues of Motion To Compel to Defendant Corizon (Doc 58).

39. On July 15, 2020 Defendant Corizon filed its Response to Plaintiff's Motion To Compel Better Answers.

40. On July 22, 2020 Plaintiff filed his Reply to Defendant Corizon's Response to Motion to Compel

41. On July 23, 2020 Defendant Corizon filed its Supplemental Response to Plaintiff's Motion to Compel.

42. On July 30, 2020 Plaintiff served his Notice of Deposition of Defendants MacDonald, Garcia (in her individual capacity and a Corporate Representative), Sellers (in her individual capacity and a Corporate Representative).

43. On August 3, 2020 Defendant Corizon served its Notice of Deposition of Plaintiff.

Respectfully submitted this 7th day of August, 2020.

/s/ *Jami M. Kimbrell*
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379
jmk@brookslawyers.net
Joseph E. Brooks
Florida Bar No.: 0880752
jeb@brookslawyers.net
Olivia M. Brooks
Florida Bar No.:0123758
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
Fax: 850-201-0909
Counsel For Corizon LLC,
Maria Garcia, MD, Debbie Sellers,
Celeste MacDonald

/s/ *Dawn P. Whitehurst*
DAWN POMPEY WHITEHURST
Florida Bar No.: 0794546
dwhitehurst@sniffenlaw.com
MICHAEL P. SPELLMAN
Florida Bar No.: 0937975
mspellman@sniffenlaw.com
SNIFFEN & SPELLMAN, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004
Attorneys for Defendants,
Sheriff Walt McNeil

/s/ *James V. Cook*
JAMES V. COOK, ESQ.
Florida Bar No.: 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 222-8080;
Fax: (850) 561-0836
email: cookjv@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the foregoing has been provided to all counsel via CM/ECF this 7th day of August 2020.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379
jmk@brookslawyers.net
Joseph E. Brooks
FBN: 0880752
jeb@brookslawyers.net
Olivia M. Brooks
Fla. Bar No.: 0123758
omb@brookslawyers.net
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
Fax: 850-201-0909

8