## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

> *Plaintiff*,

**v.**                              **Case No.:  4:19cv345-MW/MAF**

**HON. WALTER McNEIL, et al.,**

> *Defendants.*

_____/

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
## <u>WITHOUT PREJUDICE</u>

This Court has considered, without hearing, Plaintiff's Motion to Compel Better Answers from Defendant Corizon, LLC ("Defendant"). ECF No. 43. The motion is **DENIED without prejudice** because it is unclear which discovery disputes are *still* at issue. Plaintiff's notices of withdrawal, along with his reply to Defendant's response to the motion to compel, has muddied the waters. This Court is unable to determine whether Plaintiff still seeks better answers from Defendant, and, if so, which discovery disputes are still at issue.  Plaintiff may, of course, file a new motion to compel.

**SO ORDERED on August 6, 2020.**

> **s/Mark E. Walker_____**
> **Chief United States District Judge**