# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

BRYANT NEIL BROWN

Plaintiff,

v.                                          Case No.:  4:19-cv-00345-MW-MAF

HON. WALTER McNEIL, as Sheriff of Leon
County, Florida, and CORIZON LLC, a
Health Services Corporation, and MARIA
LILIANA GARCIA, MD, CELESTE MACDONALD,
And DEBBIE SELLERS, individually,

Defendants.

_____/

## THE PARTIES' JOINT MOTION
## FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

COME NOW, the parties and make this Joint Motion For Extension of Time to Complete Discovery and in support thereof state:

1. August 10, 2020, the parties attempted a remote deposition with Plaintiff at his current facility, Avon Park Correctional Institute. Interference in the phone lines made it difficult to hear.

2. The parties agreed to re-convene the Plaintiff's deposition closer to Tallahassee, possibly at Wakulla Correctional Institution or at Leon County Jail, and set aside October 2, 2020.

3. The parties previously motioned this honorable Court to transport Mr. Brown for deposition and medical evaluation (Doc 72) and were to advise the Court once final arrangements were in place. (Doc 73)

4. The parties have tried diligently to make arrangements for the inmate Plaintiff's deposition, however due to COVID-19 restrictions, a secure facility for an inmate deposition has not been procured.

5. Plaintiff agreed to reschedule depositions of the Defendants and Rule 30 (b)(6) depositions after Plaintiff's depositions and so thus far none of these depositions have been completed to date.

6. October 30, 2020 is the deadline for both mediation and dispositive motions.

7. The parties would like to schedule a case management conference with this honorable Court to determine the best course of action for this case.

WHEREFORE, the parties jointly request a case management conference.

Respectfully submitted this 6th day of October, 2020.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379
jmk@brookslawyers.net
Joseph E. Brooks
Florida Bar No.: 0880752
jeb@brookslawyers.net
Olivia M. Brooks

/s/ Dawn P. Whitehurst
DAWN POMPEY WHITEHURST
Florida Bar No.: 0794546
dwhitehurst@sniffenlaw.com
MICHAEL P. SPELLMAN
Florida Bar No.: 0937975
mspellman@sniffenlaw.com
SNIFFEN & SPELLMAN, P.A.

| | |
|---|---|
| Florida Bar No.:0123758 | 123 North Monroe Street |
| BROOKS LAW | Tallahassee, Florida 32301 |
| 2629 Mitcham Drive | Telephone: (850) 205-1996 |
| Tallahassee, FL 32308 | Facsimile: (850) 205-3004 |
| Tel: 850-201-0942 | Attorneys for Defendants, |
| Fax: 850-201-0909 | Sheriff Walt McNeil |
| Counsel For Corizon LLC, | |
| Maria Garcia, MD, Debbie Sellers, | |
| Celeste MacDonald | |

/s/ James V. Cook
JAMES V. COOK, ESQ.
Florida Bar No.: 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, Florida 32301
Telephone: (850) 222-8080;
Fax: (850) 561-0836
email: cookjv@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been provided via CM/ECF and electronic mail to Plaintiff, James Cook, Law Office of James Cook 314 West Jefferson Street Tallahassee, FL 3230, cookjv@gmail.com and Defendant Walt McNeil upon counsel Dawn Pompey Whitehurst, Sniffen & Spellman, P.A.123 N Monroe St, Tallahassee, FL 32301-1509, dwhitehurst@sniffenlaw.com, twylie@sniffenlaw.com this 6th day of October, 2020.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379
jmk@brookslawyers.net
arj@brookslawyers.net
Joseph E. Brooks
FBN: 0880752
jeb@brookslawyers.net
paralegal@brookslawyers.net
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
ATTORNEYS FOR Corizon,
Garcia, Sellers and Macdonald

4