# United States District Court
CIVIL MINUTES - GENERAL

Time: 2:10 - 2:20 p.m.  Case # 4:19cv345-MW-MAF
Date  October 13, 2020

BRYANT NEIL BROWN v. WALTER A MCNEIL et al

DOCKET ENTRY: TELEPHONIC STATUS CONFERENCE held. Parties discuss case status. Ruling by Court: Parties to confer then provide Court with proposed order for issuance. Order to follow.

_____

PRESENT:   HONORABLE **MARK E. WALKER**, CHIEF U. S. DISTRICT JUDGE

Victoria Milton McGee             Megan Hague
Deputy Clerk                      Court Reporter

_____

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):
James Cook

ATTORNEY(S) APPEARING FOR DEFENDANT WALTER A MCNEIL:
Dawn Whitehurst

ATTORNEY(S) APPEARING FOR ALL OTHER DEFENDANT(S):
Jami Kimbrell

Initials of the Clerk:  **VMM**