**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

BRYANT NEIL BROWN

Plaintiff,

v.                                              Case No.:  4:19-cv-00345-MW-CAS

HON. WALTER McNEIL, as Sheriff of Leon
County, Florida, and CORIZON LLC, a
Health Services Corporation, and MARIA
LILIANA GARCIA, MD, CELESTE MACDONALD,
And DEBBIE SELLERS, individualy,

Defendants.

_____/

## DEFENDANTS' FIFTH SUPPLEMENTAL
## RULE 26(a)(1) DISCLOSURES

COME NOW DEFENDANTS, Corizon LLC, Dr. Maria Garcia, Celeste

Macdonald, and Debbie Sellers, pursuant to Rule 26(a)(1), Fed.R.Civ.P., and

submit their supplemental disclosures as follows

I.      The name and, if known, address and telephone number of each
individual likely to have discoverable information, along with the subjects of that
information, that the Defendant may use to support his defenses:

1. Bryant N. Brown

2. Named Defendants

3. Records Custodian for Leon County Jail re: medical records and
security records – c/o Counsel Dawn Whitehurst, 123 North Monroe
Street, Tallahassee, Florida 32301, (850) 205-1996

4. Dr. R. Ayala, MD - 1401 Centerville Rd #300, Tallahassee, FL 32308, (850) 878-8121

5. Records Custodian for Tallahassee Neurological Clinic-Dept. of Neurology - 1401 Centerville Rd #300, Tallahassee, FL 32308, (850) 878-8121

6. Other persons identified in medical records regarding the examination and treatment provided to Bryant Brown while in the Leon County Jail including but not limited to:

| | |
|---|---|
| Tynecia Gaymon, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Francis White, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Stephanie Rogers, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Angelia Stephens, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Jennifer Frost, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Cheryl Cole-Green, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Dewayne Ford, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Lacey Mohr, LPN | c/o Counsel, Jami Kimbrell of |

| | |
|---|---|
| | Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Lavetrice, Davis, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Jacqueline Smith, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Jeanne Robinson, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Michelle Schaub, RMA | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Whitley Watson, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Tracey Barfield, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Melissa Thigpen, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Kechia Barber, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Delandria Julmiste, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |

| | |
|---|---|
| Venus Kendrad, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Carlton Fleurigene, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Annette Hepner, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| F. White | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| D. Julmiste | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Amber Ohide, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| S. Jackson | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Alexandria Oliphant | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Jennifer Nixon, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| A. Dawson | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) |

| | |
|---|---|
| | 201-0942 |
| Felecia Stephens, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| M. Cobb | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| M. Martinez | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| K. Shuler | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| V. Konrad | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| L. Moody | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Thanya Louine, MA | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| C. Roblesmas | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| J. Miller | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Sheryl Goad, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham |

| | |
|---|---|
| | Drive, Tallahassee, FL (850) 201-0942 |
| Dianne Robinson, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Annabel. Hardesty, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Tina Rimes, RN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Misty Robertson, LMHC | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Roseline Dor, ARNP | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| James Whitman, MD | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Courtney Stelly, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Dr. Nicholas Delagado, MD | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Cortnee Beerti, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Stephanie Baxter, LPN | c/o Counsel, Jami Kimbrell of |

|  | Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| --- | --- |
| Pamela Williams, LPN | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Kimberly Roddenberry, Paramedic | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |
| Lisa Hofstad, DMD | c/o Counsel, Jami Kimbrell of Brooks Law, 2629 Mitcham Drive, Tallahassee, FL (850) 201-0942 |

7.  Records Custodian for Avalon Treatment Center - 1349 E Lafayette St, Tallahassee, FL 32301, (850) 999-2623

8.  Records Custodian for Dr. Munasifi - 1407 M D Ln, Tallahassee, FL 32308, (850) 877-0635

9.  Records Custodian for GI Associates of Big Bend  2457 Care Dr D100, Tallahassee, FL 32308 (850) 841-1166

10. Records Custodian for Tallahassee Primary Care Physicians - 1511 Surgeons Dr A, Tallahassee, FL 32308, (850) 878-6134

11. Records Custodian, Walgreens, 1901 East Voorhees Street, MS 735, Danville, IL 61834

12. Records Custodian, Florida Department of Corrections – c/o counsel Maria Santoro, 1591 Summit Lake Drive, Suite 200, Tallahassee, Fl. 32317, 850-422-3345

13. Records Custodian, Tallahassee Diagnostic Imaging – 1600 Phillips Road, Tallahassee, FL 32308

14. Records Custodian for Novartis, One Health Plaza, East Hanover, NJ 07936

15. Records Custodian for Stephen Haley, MD, Capital Health Plan, 2140 Centerville Rd., Tallahassee, FL 32308

16. Records Custodian for U-Save-It Pharmacy, 400 N. Jefferson St., Albany GA 31701

17. Sharon Devore, AMO Corporation of Tallahassee, 1328 North Magnolia Street, Tallahassee, FL 32308

18. Records Custodian, Leon County EMS - 911 Easterwood Drive, Tallahassee, FL 32311

19. Lee Cassels, EMT c/o Leon County EMS, 911 Easterwood Drive, Tallahassee, FL 32311

20. Mike Aries, EMT c/o Leon County EMS, 911 Easterwood Drive, Tallahassee, FL 32311

21. Cassandra Null, EMT c/o Leon County EMS, 911 Easterwood Drive, Tallahassee, FL 32311

22. Kevin Briley, EMT c/o Leon County EMS, 911 Easterwood Drive, Tallahassee, FL 32311

23. David Zimmerman, EMT c/o Leon County EMS, 911 Easterwood Drive, Tallahassee, FL 32311

24. **Monica Tber, address known to all counsel but withheld in this document to protect witness**

25. **Chief Ed Lee, c/o counsel for McNeil, Dawn Whitehurst**

26. **Danna Williams, c/o counsel for McNeil, Dawn Whitehurst**

27. **Josh Rogers, MSM SHRM-CP, O+, Human Resources Generalist, One Blood, 8669 Commodity Cir., Orlando, FL 32819, 954-777-2576**

28. **Dawn R. Sollee, Pharm.D., DABAT, FAACT, Director, Florida/USVI Poison Information Center- Jacksonville, UF Health Jacksonville 904-244-4465**

29. **Dr. Carlos Gama, Neurologist, 2736 UNIVERSITY BLVD W STE 3, Jacksonville, FL (904) 733-4262**

30. **K. Hood, RN Avon Park CI - 8100 Highway 64 East, Avon Park, Florida, (863) 452-8801**

31. **Dr. W. Padro Avon Park CI - 8100 Highway 64 East, Avon Park, Florida, (863) 452-8801**

32. **Alycya Henderson, Associate Regional Director, Employment Benefits Security Administration, 61 Forsyth St. SW Ste. 7B54, Atlanta GA 30303, (404) 302-3900**

33. **Records Custodian MobilexUSA, 13773 Icot Blvd, Unit 502, Clearwater, FL 33760, Phone: +1 727 443 0389**

34. Any expert witnesses that Defendants might retain to testify in this matter.

35. Any witness listed by Plaintiff in their Rule 26 disclosures to which these Defendants do not object.

36. Any witness listed by any other Defendant in their Rule 26 disclosures.

37. Any witness identified through discovery.

II.     A copy or description by category and location of all documents, electronically stored information and tangible things that the Defendant has in his possession, custody or control and may use to support his defenses:

A.   Corizon medical file for Bryant Brown

B.   Inmate's Florida Department of Corrections Records received through Public Records Request

C.   Pharmacy Activity Report of Bryant Brown

D.   Avalon Treatment Center records

E.   Dr. Munasifi records

F.   GI Associates of Big Bend correspondence

G.   Tallahassee Primary Care Physician records

H.   Tallahassee Neurological Clinic records

I.   Leon County Jail records, including grievances

J.   Competency Evaluation by Dr. James Meyer

K.   Walgreens Records

L.   Florida Department of Corrections Records

M.   Leon County EMS Records

N.   Tallahassee Diagnostic Imaging Records

O.   Novartis Records

P.   Stephen Haley, Capital Health Plan, Records

Q.   U-Save-It Pharmacy Records

R.   AMO Corp. Records

S.    Leon County Jail Policy and Procedures Manual

T.    Clinical Pathways Manual for LCJ

**U.    One Blood Records**

**V.    Poison Control Records**

**W.    Records of Employment Benefits Security Administration**

**X.    Records of MobilexUSA**

**Y.    Leon County Jail Inmate File**

**Z.    Leon County Jail Grievances**

AA.   Plaintiff's Responses to Corizon's Discovery
    a.  First Interrogatories
    b.  First Request For Production and documents

BB.   Plaintiff's Responses to McNeil's Discovery
    a.  First Interrogatories
    b.  First Request For Production and documents

CC.   McNeil's Responses to Plaintiff's Discovery
    a.  First Interrogatories
    b.  First Request For Production and documents

DD.   Any exhibits identified by Plaintiff to this cause of action to which these Defendants do not object.

EE.   Any documents listed by other Defendants in their Rule 26 disclosures.

E.    Any additional documents that are identified through discovery.

III.   Computation of any category of damages:  Not applicable.

IV.   Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

    A.   AIG provides insurance coverage for Defendant Corizon. Upon request, a copy of the insurance policy will be obtained and provided to Plaintiff's counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been provided via CM/ECF and electronic mail to Plaintiff, James Cook,  Law Office of James Cook  314 West Jefferson Street Tallahassee, FL 3230, cookjv@gmail.com and Defendant Walt McNeil upon counsel Dawn Pompey Whitehurst, Sniffen & Spellman, P.A.123 N Monroe St, Tallahassee, FL 32301-1509, dwhitehurst@sniffenlaw.com, twylie@sniffenlaw.com this 5th day of February 2021.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.:  0657379
jmk@brookslawyers.net
arj@brookslawyers.net
Joseph E. Brooks
FBN: 0880752
jeb@brookslawyers.net
paralegal@brookslawyers.net
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942

ATTORNEYS FOR Corizon,
Garcia, Sellers and Macdonald