# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

    *Plaintiff*,

v.                                                     Case No.:  4:19cv345-MW/MAF

**HON. WALTER McNEIL,**
**as Sheriff of Leon County, Florida,**
**CORIZON, LLC,**
**MARIA LILIANA GARCIA, M.D.,**
**CELESTE MACDONALD and**
**DEBBIE SELLERS, individually,**

    *Defendants*.

_____/

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES

This Court has considered, without hearing, the parties' joint motion for extension of deadlines. ECF No. 92. The motion, ECF No. 92, is **GRANTED**. The mediation deadline is extended to March 30, 2021, and the deadline to file summary-judgment motions is extended to April 20, 2021. The mediator or a party must file a report within 14 days after mediation ends indicating when mediation was conducted and the outcome (that is, whether the case was settled or impasse was declared). If the case is settled in full, notice to the court must be immediate.

    **SO ORDERED on February 22, 2021.**

                                                           **s/Mark E. Walker**
                                                        **Chief United States District Judge**