IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN,

    Plaintiff,

v.

HON. WALTER McNEIL, et al.,

    Defendants.

CASE NO. 4:19-cv-345-MW/CAS

**PLAINTIFF'S FIFTH AMENDED DISCLOSURES UNDER RULE 26(a)(1)**

COMES NOW the Plaintiff, by and through the undersigned attorney, and makes this filing under Rule 26(a)(1), Federal Rules of Civil Procedure:

A. Name, address and phone number of all persons likely to have discoverable information relevant to disputed facts: **See Exhibit A.**

B. Copy of or a description by category and location of all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts or alleged with particularity in the pleadings to be made available at a time and place agreed by the Parties: **See Exhibit B.**

C. Computation of any category of damages: **See Exhibit C.**

D. Any insurance agreement: **not applicable to Plaintiff.**

I CERTIFY a true copy hereof was filed in the CM/ECF system on 3/19/21 to:

Dawn Pompey Whitehurst, Esq., Sniffen & Spellman, P.A., dwhitehurst@Sniffenlaw.com
Jami Kimbrell, Esq., Brooks Lawyers, jmk@brookslawyers.net

Respectfully submitted,   *s/James V. Cook*
    JAMES V. COOK, ESQ.
    Florida Bar Number 0966843
    Law Office of James Cook
    314 West Jefferson Street
    Tallahassee, FL 32301
    (850) 222-8080
    (850) 561-0836 fax
    cookjv@gmail.com

**(A) The names of all fact witnesses, and the substance of their knowledge of the facts are provided as follows, pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i):**

1. Bennett, Dallas, Penfield Christian Homes, 15320 US-129, Alapaha, GA 31622, (229) 256-4041 — Staff at Penfield Christian Homes, can testify to Plaintiff's participation.

2. Block, Alyssa, RN Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 — Provided medical services to Plaintiff while in the Leon County Jail.

3. Brown, Bryant Neil, Plaintiff c/o James V. Cook, Esquire 314 West Jefferson Street Tallahassee, FL 32301 — Plaintiff

4. Brown, Cynthia, mother, 1215 Redfield Road, Tallahassee, FL 32317, 850-879-2286 — Plaintiff's mother. Can testify to his medical and emotional conditions over the years and to his physical and mental symptoms.

5. Brown, Harvery Neil Brown, father, 1215 Redfield Road, Tallahassee, FL 32317, 850-879-2286 — Plaintiff's father. Can testify to his medical and emotional conditions over the years and to his physical and mental symptoms.

6. Cannon, Dep. Leon County Sheriff's Office c/o Dawn P. Whitehurst, Esquire Sniffen & Spellman, P.A. 123 North Monroe Street Tallahassee, FL 32301 — Transported Plaintiff from the hospital to the jail

7. Desmond, Sean, Desmond Law, PLLC, 2121 Killarney Way, Ste. G-2, Tallahassee, FL 32309, 850-212-6293 — Plaintiff's criminal attorney; can testify to the court's order to provide medication and to Plaintiff's physical and mental decline at LCJ.

8. Devoe, Sharon, Dr. Ayala's Office, 1401 Centerville Rd #300, Tallahassee, FL 32308, (850) 878-8121 — Nurse for Dr. Ayala. Can testify to plaintiff's treatment.

9. Driver, Sarah Brown, sister, 5936 N. County Rd. 53, Mayo, FL 32066-2845, 386-294-3768 — Plaintiff's sister. Can testify to his medical and emotional conditions over the years and to his physical and mental symptoms.

10. Garcia, Maria Liliana, M.D., Defendant Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 — Defendant

11. Goodson, Melody Brown, sister, 1207 Ga Highway 32 W, Leesburg, GA 31763-4247, 850-877-2472 — Plaintiff's sister. Can testify to his medical and emotional conditions over the years and to his physical and mental symptoms.

12. Hardesty, Annabel, RN Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 — Provided medical services to Plaintiff while in the Leon County Jail.

| | | |
|---|---|---|
| 13. | Hofstad Lisa, DMD, Care Point Health & Wellness, 2200 S. Monroe St., Tallahassee, FL 32301, 800-939-2002 | Dentist who provided dental services to Plaintiff while in the Leon County Jail. |
| 14. | Holt, Timothy, DC# U44218, Avon Park Correctional Institution, 8100 Highway 64 East, Avon Park, FL 33825, 863-452-8801 | Fellow inmate at Avon Park. Can testify to Plaintiff's condition. |
| 15. | Johnson, Greg, #603 Leon County Sheriff's Office c/o Dawn P. Whitehurst, Esquire Sniffen & Spellman, P.A. 123 North Monroe Street Tallahassee, FL 32301 | Booking Officer at the Jail. |
| 16. | Jones, Quincy, care of 2774 Summer Meadow Lane, Tallahassee, FL 850-463-0842; 850-694-1819 | Fellow inmate at the Jail who can testify as to Plaintiff's condition. |
| 17. | Kite, Jennifer Lynn, sister, 1215 Redfield Road, Tallahassee, FL 32317, 850-879-2286 | Plaintiff's sister. Can testify to his medical and emotional conditions over the years and to his physical and mental symptoms. |
| 18. | MacDonald, Celeste, ARNP, Defendant Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 | Defendant. Can testify to failure to treat. |
| 19. | Maitland, Dr. Charles, MD, (treater) 1401 Centerville Rd., Ste. 510, Tallahassee, FL 32308, 850-878-3592 | Plaintiff's neurologist. Can testify about Plaintiff's neurological condition. |
| 20. | Mueller, Walt, Penfield Christian Homes, 15320 US-129, Alapaha, GA 31622, (229) 256-4041 | Staff at Penfield Christian Homes, can testify to Plaintiff's participation. |
| 21. | Mullens, Colleen, Esq., Office of the Public Defender, Leon County Courthouse, 301 S. Monroe St., Tallahassee, FL 32301 | Plaintiff's attorney. Can testify to issues relating to his imprisonment and efforts to get him treatment. |
| 22. | Munasafi, Dr. Faisal Ahmad, Psychiatry Associates of Tallahassee, 1407 MD Ln, Tallahassee, FL 32308, 850-877-0635 | Plaintiff's psychiatrist. Can testify to treatment for mental health conditions. |
| 23. | Myer, Dr. James B., forensic psychologist, 111 West Bloxham St., Tallahassee, FL 32301, 850-222-7774 | Can testify as to Plaintiff's decline when he was in the Leon County Jail. |
| 24. | Ohide, Ambrose, RN Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 | Provided medical services to Plaintiff while in the Leon County Jail. |
| 25. | Petersen, Major Kimberly Leon County Sheriff's Office c/o Dawn P. Whitehurst, Esquire Sniffen & Spellman, P.A. 123 | Former Jail Administrator. Can testify to the Jail's compliance with court order for medication. |

|   |   |
|---|---|
| North Monroe Street Tallahassee, FL 32301 |   |
| 26. Records Custodian, Leon County Jail, 535 Appleyard Dr., Tallahassee, FL 32304, 850-606-3500. | Can testify to the authenticity of its records. |
| 27. Ricardo Ayala (treater-expert), 1401 Centerville Road, #300, Tallahassee, FL 32308, 850-878-8121 | As to symptoms of active MS that were being displayed and the effects over time of failure to treat MS through medication. |
| 28. Richardson, Jack, LCSW, 2724 Capital Cir NE #8, Tallahassee, FL 32308, 850-656-5112 | Was Plaintiff's therapist when he attended outpatient counseling with Townsend/ARC in 2007 or 2008. |
| 29. Sellers, Debbie, Defendant Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 | Defendant, can testify to treatment plan for plaintiff during time in jail. |
| 30. Shippy, Darren, Office of the Attorney General, PL01, The Capitol, Tallahassee, FL 32399-1050, 850-414-3300 | Criminal attorney, may be able to testify to issues with the Leon County Jail and Plaintiff's efforts to get treatment. |
| 31. Shuler, Kayla, RN, 1866 Patsy Ann Court South, Tallahassee, FL 32303 | Provided medical services to Plaintiff while in the Leon County Jail. |
| 32. Stephens, Felecia, RN Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 | Provided medical services to Plaintiff while in the Leon County Jail. |
| 33. Sterling, Corry, ARNP, Psychiatry Associates of Tallahassee, 1407 MD Ln, Tallahassee, FL 32308, 850-877-0635 | ARNP provided care to Plaintiff at Psychiatry Associates. |
| 34. Stuart, Scott, DC# J61814, Avon Park Correctional Institution, 8100 Highway 64 East, Avon Park, FL 33825, 863-452-8801 | Fellow inmate at Avon Park. Can testify to Plaintiff's condition. |
| 35. White, Francis, LPN Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 | Provided medical services to Plaintiff while in the Leon County Jail. |
| 36. Williams, Victor, Office of the Public Defender, Leon County Courthouse, 301 S. Monroe St., Tallahassee, FL 32301 | Social Worker at Public Defender's Office. Can testify to issues relating to his time in the Jail and efforts to get him treatment. |
| 37. Whitman, James R., M.D. Corizon c/o Jami M. Kimbrell, Esquire Brooks Law 2629 Mitcham Drive Tallahassee, FL 32308 | Provided medical services to Plaintiff while in the Leon County Jail. |

| | |
|---|---|
| 38. Winchester, Gary E., MD, Tallahassee Primary Care Physicians, 1511 Surgeon's Drive, Ste. A, Tallahassee, FL 32308 | Plaintiff's family physician. Can testify to his health issues prior to incarceration. |
| 39. All witnesses named by Defendants (based on Defendants' claims of knowledge). | Can testify to the subjects of their respective knowledge as claimed by Defendants. |
| 40. All records custodians named by Defendants. | Can testify to the authenticity of their respective records. |

**(B) Following is a list of documents and tangible items in the possession of the Plaintiff pursuant to Fed.R.Civ.P. 26(a)(1)(A)(ii):**

1. Leon County Jail Medical Records
2. Plaintiff's Incarceration File
3. Leon County Jail Inmate Handbook
4. Tallahassee Neurological Clinic Records and communication
5. Medical Grievances (partial)
6. Interviews with Jail employees
7. Competency Evaluation (Dr. James B. Meyer)
8. LCJ Inmate Handbook
9. Penfield Medical Disbursements
10. Capital Regional Medical Center Medical Records (2012)
11. CVS Patient Prescription Record (2012-2015)
12. Avalon Treatment Centers Bio-Psychosocial Evaluation
13. Tallahassee Memorial Hospital Medical Records
14. Tallahassee Memorial Behavioral Health Center Records
15. Tallahassee Primary Care Associates Medical Records
16. Capital Health Medical Records
17. Tallahassee Neurological Clinic Medical Records
18. National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails (2018)
19. National Commission on Correctional Health Care (NCCHC) Audits, 2014, 2017
20. Job descriptions of Dr. Garcia and Deborah Sellers
21. Leon County Sheriff's Standard Operating Procedures
22. Mental Health Records (Dr. Munasifi)
23. Corizon General Health Services Policies and Procedures
24. LCJ Health Services Agreement
25. Personnel Records Garcia, MacDonald, Sellers
26. Notes of Health Care Administrative Meetings
27. Corizon nationwide corporate policy relating to inmate health care (examples)
28. Twelve Oaks records
29. Leon County EMS
30. Novartis Records

31. AMO Corp records
32. Capital Health Plan records
33. Clinical Pathways records
34. Florida Department of Corrections records
35. U-Save-It Pharmacy records
36. One Blood records
37. CVS records
38. Caremark records
39. Dougherty County records
40. Poison Control records
41. Health Imaging Records
42. Southern Vitreoretinal Assoc. records

**(C) Computation of Damages:**

Future medicals: $2.9 million

Mental distress: $1.5 million