IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN

Plaintiff,

v.                                                        Case No.: 4:19-cv-00345-MW-MAF

HON. WALTER McNEIL, as Sheriff of Leon
County, Florida, and CORIZON LLC, a
Health Services Corporation, and MARIA
LILIANA GARCIA, MD, CELESTE MACDONALD,
And DEBBIE SELLERS, individually,

Defendants.

_____/

## DEFENDANTS' MOTION FOR ORAL ARGUMENT

COMES NOW, Defendant Corizon LLC, through undersigned counsel, to move this Honorable Court to allow Oral Arguments on Plaintiff's Motion For the Court to Take Judicial Notice of a Peer-Reviewed Article on the Cost of Plaintiff's Medication For Multiple Sclerosis (Doc 112) and in support thereof would show:

1. On May 21, 2021, Plaintiff's filed his Motion for the Court to Take Judicial Notice of a Peer-Reviewed Article on the Cost of Plaintiff's Medication For Multiple Sclerosis. (Doc. 112)

1

2. On June 2, 2021, Defendant Corizon, LLC filed its Response in Opposition of Plaintiff's motion (Doc 122) and Defendant McNeil filed his joinder in Corizon LLC's Response in Opposition to Plaintiff's motion. (Doc 124)

3. On June 14, 2021, Plaintiff's filed his Reply in Support of the Motion For the Court to Take Judicial Notice of Authoritative Text in which he introduced seven (7) new exhibits.

4. Rule 7.1(K), Local Rules of Northern District of Florida, allows a party to request oral arguments on a motion.

5. Undersigned counsel understands that this Honorable Court may rule on this motion without oral argument but is respectfully requesting that oral arguments be allowed due to the impact the evidence could not only have on Defendants' Motions for Summary Judgment that are pending in this case, but also due to the precedential impact such a ruling would have on other future proceedings in which any Plaintiff alleges that medical decisions at the Leon County Jail were made to save costs for Defendant, Corizon LLC.

6. Defendants anticipate that 30 minutes will be needed for this hearing.

7. Defendant, Corizon LLC, has conferred with counsel for Plaintiff and he does not consent to the request for oral argument.

WHEREFORE, Defendant Corizon LLC, hereby moves this Honorable Court to allow 30 minutes of Oral Arguments on Plaintiff's Motion For the Court to

Take Judicial Notice of a Peer-Reviewed Article on the Cost of Plaintiff's Medication For Multiple Sclerosis, (Doc 112).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been provided via CM/ECF and electronic mail to Plaintiff, James Cook, Law Office of James Cook 314 West Jefferson Street Tallahassee, FL 3230, cookjv@gmail.com and Defendant Walt McNeil upon counsel Dawn Pompey Whitehurst, Sniffen & Spellman, P.A.123 N Monroe St, Tallahassee, FL 32301-1509, dwhitehurst@sniffenlaw.com, twylie@sniffenlaw.com this 29th day of June, 2021.

/s/ Jami M. Kimbrell
Jami M. Kimbrell, ESQUIRE
Florida Bar No.: 0657379
jmk@brookslawyers.net
arj@brookslawyers.net
Joseph E. Brooks
FBN: 0880752
jeb@brookslawyers.net
paralegal@brookslawyers.net
BROOKS LAW
2629 Mitcham Drive
Tallahassee, FL 32308
Tel: 850-201-0942
ATTORNEYS FOR Corizon, Garcia, Sellers and Macdonald