IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

    *Plaintiff*,

v.                                                            Case No.:  4:19cv345-MW/MAF

**HON. WALTER McNEIL, et al.,**

    *Defendants*.

_____/

## ORDER DENYING MOTION FOR ORAL ARGUMENT

This Court has considered, without hearing, Defendant's motion for oral argument regarding Plaintiff's motion for this Court to take judicial notice. ECF No. 133. Plaintiff opposes the motion. Defendant Corizon asserts oral argument is necessary given "the impact the evidence [at issue] could not only have on Defendants' Motions for Summary Judgment that are pending in this case, but also due to the precedential impact such a ruling would have on other future proceedings[.] ECF No. 133 at 2. This Court appreciates Corizon's statement elevating this Court's precedential authority beyond the level of a district court judge, but the reality is that no order that this Court enters in this case has any precedential value for any other case. Nor are this Court's orders binding on any other court in the country. Accordingly, Defendant's motion, ECF No. 133, is **DENIED** at this juncture. Upon review of the papers, this Court will determine if it

1

requires further argument on the merits of Plaintiff's motion and notify the parties accordingly.

**SO ORDERED on June 29, 2021.**

s/Mark E. Walker                  
**Chief United States District Judge**
