## CONSENT TO SUBSTITUTION OF COUNSEL

The undersigned hereby consents to the substitution of counsel, Gregg A. Toomey and the Toomey Law Firm, LLC for Joseph E. Brooks and Jami M. Kimbrell of Brooks Law, PA.

*J. Scott King*         August 4, 2022
Scott King,        Date
Chief Legal Officer
YesCare Corp.