UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00345-MW-MAF

BRYANT NEIL BROWN,

    Plaintiff,

v.

WALTER A. MCNEIL, as Sheriff of Leon County, Florida, CORIZON, LLC, MARIA LILLIANA GARCIA, MD, DEBBIE SELLERS and CELESTE MACDONALD,

    Defendants.
_____/

## DEFENDANT CORIZON, LLC'S SUGGESTION OF BANKRUPTCY

Defendant Corizon, LLC ("Corizon") files its Suggestion of Bankruptcy as follows:

On February 15, 2023 Tehum Care Services, Inc. filed a Chapter 11 bankruptcy petition in the bankruptcy division of the United States District Court for the Southern District of Texas. Tehum is the company formerly known as both Corizon Health, Inc. and Corizon, LLC. A copy of the petition is attached as Exhibit "A."

Pursuant to 11 U.S.C. § 362(a), "an automatic stay is created upon the filing of any bankruptcy petition." *Pinzon v. Vitamins Connection Ctr., Inc.*, No. 06-

20265-CIV, 2007 U.S. Dist. LEXIS 100518, 2007 WL 2701102, at *1 (S.D. Fla. Sept. 13, 2007) (citing *Ellison v. Northwest Eng'g Co.*, 707 F.2d 1310, 1311 (11th Cir. 1983) (recognizing that the filing "of a petition under the Bankruptcy Code operates as an automatic stay of 'the commencement or continuation . . . of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under [the bankruptcy code] . . . .'").

The stay of this case was automatic and became effective upon commencement of the bankruptcy case. The undersigned will provide the Court with the status of the bankruptcy case every 120 days.

By: /s/ Gregg A. Toomey
Gregg A. Toomey
Florida Bar No. 159689

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of February 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, and will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

James M. Slater
Slater Legal PLLC
*Attorneys for Plaintiff*
113 S. Monroe Street
Tallahassee, FL 32301
P: 305-523-9023
E: james@slater.legal
eservice@slaterlegal.com

Michael P. Spellman
Dawn Pompey Whitehurst
Sniffen & Spellman PA
*Attorneys for Defendant McNeil*
123 N. Monroe Street
Tallahassee, FL 32301
P: 850-205-1996
F: 850-205-3004
E: mspellman@sniffenlaw.com
dwhitehurst@sniffenlaw.com
lkiser@sniffenlaw.com

        THE TOOMEY LAW FIRM LLC
        *Attorneys for Defendants Corizon, Garcia, Sellers & MacDonald*
        The Old Robb & Stucky Building
        1625 Hendry Street, Suite 203
        Fort Myers, FL  33901
        Phone:  239.337.1630
        Fax:  239-337.0307
        Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

        By: ___/s/ Gregg A. Toomey_____
            Gregg A. Toomey
            Florida Bar No. 159689