IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

    *Plaintiff*,

v.                                       Case No.:  4:19cv345-MW/MAF

**WALTER McNEIL, et al.,**

    *Defendants*.

_____/

## ORDER REGARDING BANKRUPTCY STAY

    Defendant Corizon Health, Inc., has filed a Suggestion of Bankruptcy indicating that it has instituted a bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of Texas. ECF No. 166. This Order recognizes the automatic stay and establishes a mechanism by which this Court can be kept advised of the status of the bankruptcy proceeding. The filing requirements of this order are mandatory to the extent consistent with the automatic stay but are set forth as a request to Defendant Corizon Health, Inc., while the stay is in effect, in recognition that the stay may not allow mandatory requirements to be imposed on Defendant during its pendency.

    Accordingly,

    **IT IS ORDERED**:

1. Unless and until otherwise ordered, all proceedings in this case are **STAYED** under 11 U.S.C. §362.

2. Defendant Corizon Health, Inc., must file a notice in this Court within 30 days after the occurrence of any event or condition terminating the automatic stay either explicitly or by operation of law.

3. Plaintiffs must file a notice in this court within 30 days after the parties or their attorney learns of the occurrence of any event or condition terminating the automatic stay either explicitly or by operation of law, provided, however, that if one such notice has been filed by any party, no party need file any additional notice.

4. Defendant Corizon Health, Inc., is requested to file, and Plaintiffs must file, by the last day of each August and February (commencing with August 2023) a status report indicating whether the bankruptcy proceeding remains pending and the automatic stay remains in effect, provided, however, that if one such status report has been filed by any party for the period at issue, no party need file any additional status report.

**SO ORDERED on February 21, 2023.**

s/Mark E. Walker             
**Chief United States District Judge**
