UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN,

    Plaintiff,

v.

HON. WALTER McNEIL, *et al.*,

    Defendants.

Case No. 4:19-cv-345-MW/MAF

## **Plaintiff's Status Report Regarding Bankruptcy**

Per the Court's Order Regarding Bankruptcy Stay (Doc. 167),[1] Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086, pending in the Bankruptcy Court for the Southern District of Texas:

    1.    The bankruptcy proceedings remain pending.

    2.    The automatic stay remains in effect.

---

[1] The Order does not require the parties to file a status report until August 2023, (*see id.* ¶ 4), however, Plaintiff provides this notice to the Court notwithstanding.

3.   Tehum/Corizon has asked the bankruptcy court on an emergency basis to extend and enforce the automatic stay to certain non-debtor indemnified parties.

Dated: March 1, 2023.

                                            Respectfully submitted,

                                            SLATER LEGAL PLLC

                                            <u>*/s/ James M. Slater*</u>
                                            James M. Slater (FBN 111779)
                                            113 S. Monroe Street
                                            Tallahassee, Florida 32301
                                            james@slater.legal
                                            Tel. (305) 523-9023

                                                    -and-

                                            LAW OFFICE OF JAMES COOK
                                            James V. Cook (FBN 966853)
                                            314 West Jefferson Street
                                            Tallahassee, Florida 32301
                                            cookjv@gmail.com
                                            Tel. (850) 222-8080

                                            *Attorneys for Plaintiff*