UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN,

    Plaintiff,

v.

HON. WALTER McNEIL, *et al.*,

    Defendants.

Case No. 4:19-cv-345-MW/MAF

**<u>Plaintiff's Status Report Regarding Bankruptcy</u>**

Per the Court's Order Regarding Bankruptcy Stay (Doc. 167), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086, pending in the Bankruptcy Court for the Southern District of Texas:

1. The bankruptcy proceedings remain pending; however, the bankruptcy court will shortly hear competing motions to either approve a plan or dismiss the bankruptcy.

2. The automatic stay remains in effect.

Dated: February 26, 2023.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel. (305) 523-9023

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966853)
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff*