UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN,

    Plaintiff,

v.

HON. WALTER McNEIL, *et al.*,

    Defendants.

Case No. 4:19-cv-345-MW/MAF

## Plaintiff's Status Report Regarding Bankruptcy

Per the Court's Order Regarding Bankruptcy Stay (Doc. 167), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086, pending in the Bankruptcy Court for the Southern District of Texas:

    1.    The bankruptcy proceedings remain pending.

    2.    The automatic stay remains in effect.

    3.    The creditors' committees and debtor reached a settlement in the bankruptcy proceedings. The Chapter 11 Plan is subject to vote and approval by the Bankruptcy Court. The plan confirmation hearing is set for March 3, 2025.

Dated: February 25, 2025.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, GA 30345
james@slater.legal
Tel. (305) 523-9023

-and-

LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966853)
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Attorneys for Plaintiff Bryant Neil Brown*