UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00345-MW-MAF

BRYANT NEIL BROWN,

    Plaintiff,

v.

WALTER A. MCNEIL, as Sheriff of Leon County, Florida, CORIZON, LLC, MARIA LILLIANA GARCIA, MD, DEBBIE SELLERS and CELESTE MACDONALD,

    Defendants.
_____/

## NOTICE OF FILING

Defendants Corizon, LLC, Maria Lillian Garcia, MD, Debbie Sellers and Celeste MacDonald file the following documents in support of their Status Report as to the pending bankruptcy as follows:

    1.    Order Confirming the First Modified Joint Chapter 11 Plan of Reorganization of the Tort Claimants' Committee, Official Committee of the Unsecured Creditors, and Debtor dated March 3, 2025 and confirmed March 31,2025; and

    2.    Plaintiff Bryant Neil Brown's Proof of Claim filed August 10, 2023.

By:    /s/ Gregg A. Toomey
        Gregg A. Toomey
        Florida Bar No. 159689

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 14th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

James M. Slater
Slater Legal PLLC
*Attorneys for Plaintiff*
113 S. Monroe Street
Tallahassee, FL 32301
P: 305-523-9023
E: james@slater.legal
eservice@slaterlegal.com

Michael P. Spellman
Dawn Pompey Whitehurst
Sniffen & Spellman PA
*Attorneys for Defendant McNeil*
123 N. Monroe Street
Tallahassee, FL 32301
P: 850-205-1996
F: 850-205-3004
E: mspellman@sniffenlaw.com
dwhitehurst@sniffenlaw.com
lkiser@sniffenlaw.com

        THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Corizon, Garcia, Sellers & MacDonald*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone:  239.337.1630
Fax:  239-337.0307
Email:  gat@thetoomeylawfirm.com, alr@thetoomeylawfirm.com, and hms@thetoomeylawfirm.com

By:    /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689