Claim #573  Date Filed: 8/10/2023

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | TEHUM CARE SERVICES, INC. |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas |
| Case number | 23-90086 (CML) |

Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Bryant Neil Brown
Name of the current creditor (the person or entity to be paid for this claim)
Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
c/o Lane & Nach, P.C.
Name
2001 East Campbell Ave., Suite 103
Number    Street
Phoenix        AZ       85016
City            State    ZIP Code

Contact phone 602-258-6000
Contact email adam.nach@lane-nach.com

Where should payments to the creditor be sent? (if different)

Name
_____
Number    Street
_____
City            State    ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____  Filed on ____/____/_____
                                                                         MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Official Form 410                                    Proof of Claim

23900862308100000000000009

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

**7. How much is the claim?** $ _____1,607,741.20_____. Does this amount include interest or other charges?

☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Failure to treat under 42 U.S.C. § 1983 - See attached

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____
Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410           Proof of Claim           page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?  A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No  ☐ Yes. *Check one:* | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   08/10/2023
                   MM / DD / YYYY

/s/ Adam B. Nach
Signature

Print the name of the person who is completing and signing this claim:

Name       Adam B. Nach
           First name        Middle name       Last name

Title      _____

Company    Lane & Nach, P.C.
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    2001 East Campbell Ave., Suite 103
           Number    Street
           Phoenix, Arizona 85016
           City                              State     ZIP Code

Contact phone  602-258-6000               Email  adam.nach@lane-nach.com

Official Form 410                    **Proof of Claim**                    page 3

# IN RE: TEHUM CARE SERVICES, INC.

## ADDENDUM TO PROOF OF CLAIM FOR BRYANT NEIL BROWN

Tehum Care Services, Inc. *fdba* Corizon Health Services, Inc. and Corizon, LLC (the "**Debtor**") filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code on February 13, 2023. On or around July 27, 2019, Bryant Neil Brown ("**Creditor**"), commenced an action against, *inter alia*, Debtor. This action was commenced in the U.S. District Court for the Northern District of Florida (Tallahassee Division), case number 4:19-cv-345 (the "**Court Action**"). Creditor asserts claims against Debtor for its failure to treat under 42 U.S.C. § 1983.

Creditor has the following claims against Debtor:
1. Damages of not less than $500,000.00;
2. The Court Action also seeks an award of not less than:
    a. Court and taxable costs $10,401.20;
    b. Attorneys' fees $97,340.00; and
    c. Punitive damages $1,000,000.00.

Creditor's claims in the Court Action total not less than $1,607,741.20. Creditor's claims continue to accrue legal fees, costs, and interest.

Nothing contained in this Proof of Claim is a waiver of any right, claim, or defense of Creditor against the Debtor. All such rights are expressly reserved. Nothing contained in this Proof of Claim is a waiver of any right against any non-debtor party. Creditor hereby reserves the right to alter, amend, supplement, modify, and/or withdraw this Proof of Claim at any and all times. To the full extent of law, including *Stern v. Marshall*, 131 S.Ct. 2594 (2011), Creditor demands that any non-core proceedings relating to or arising under this Proof of Claim be tried by a jury in a Federal District Court. The submission of this Proof of Claim is subject to, not a waiver or release of, and Creditor hereby reserves:

1. Any lack of venue or jurisdiction by this Court over this case or any adversary action, contested matter, or other proceeding ("**Matter**") in this case;
2. Any right to a jury trial in any Matter (this Proof of Claim shall constitute a demand for such jury trial);
3. Any right to de novo review of any non-core Matter;
4. Any right to contest and deny any and all claims, if any, asserted against Creditor;
5. Any right to withdrawal of the reference of this case or any Matter; and
6. Any other rights, claims, actions, defenses, and setoff or recoupment.