UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION
CASE NO.: 4:19-cv-00345-MW-MAF

BRYANT NEIL BROWN,

    Plaintiff,

v.

WALTER A. MCNEIL, as Sheriff of Leon County, Florida, CORIZON, LLC, MARIA LILLIANA GARCIA, MD, DEBBIE SELLERS and CELESTE MACDONALD,

    Defendants.
_____/

## DEFENDANTS CORIZON, LLC, MARIA LILLIAN GARCIA, MD, DEBBIE SELLERS AND CELESTE MACDONALD'S STATUS REPORT

Defendant Corizon, LLC ("Corizon"), Maria Lillian Garcia, MD ("Garcia"), Debbie Sellers ("Sellers") and Celeste MacDonald ("MacDonald") (collectively "Corizon Defendants") files this Status Report regarding bankruptcy as follows:

On March 3, 2023, the United States Bankruptcy Court for the Southern District of Texas, Houston Division entered its Order Confirming the First Modified Joint Chapter 11 Plan of Reorganization of the Tort Claimants' Committee, Official Committee of the Unsecured Creditors, and Debtor. On March 31, 2025, the confirmed Plan became effective [ECF #173-1, p. 76, ¶175].

Plaintiff Bryant Neil Brown ("Brown") submitted a Proof of Claim in the

bankruptcy [ECF #173-2]. Therefore, his claim in this case remains in the bankruptcy court's jurisdiction. According to the Plan, claims, including Brown's, will be funded over the course of 30 months.

Because the Plan has become effective, Brown's claims against the Corizon Defendants will be channeled under the Plan to trusts to be resolved pursuant to the trust procedures. If the trust is fully funded within thirty (30) months of the effective date, then the Plan provides that the Corizon Defendants will be released.

The claim remains with the bankruptcy court until it is resolved. The Corizon Defendants will notify this Court when it is resolved.

By:    /s/ Gregg A. Toomey
      Gregg A. Toomey
      Florida Bar No. 159689

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a copy of the foregoing electronically to the following:

James V. Cook
James V. Cook PA
*Attorneys for Plaintiff*
314 W. Jefferson Street
Tallahassee, FL 32301-1608
P: 850-222-8080
F: 850-561-0836
E: cookjv@gmail.com

James M. Slater
Slater Legal PLLC
*Attorneys for Plaintiff*
113 S. Monroe Street
Tallahassee, FL 32301
P: 305-523-9023
E: james@slater.legal
eservice@slaterlegal.com

Michael P. Spellman
Dawn Pompey Whitehurst
Sniffen & Spellman PA
*Attorneys for Defendant McNeil*
123 N. Monroe Street
Tallahassee, FL 32301
P: 850-205-1996
F: 850-205-3004
E: mspellman@sniffenlaw.com
dwhitehurst@sniffenlaw.com
lkiser@sniffenlaw.com

                              THE TOOMEY LAW FIRM LLC
                              *Attorneys for Defendants Corizon, Garcia,*
                              *Sellers & MacDonald*
                              The Old Robb & Stucky Building
                              1625 Hendry Street, Suite 203
                              Fort Myers, FL  33901
                              Phone:  239.337.1630
                              Fax:  239-337.0307
                              Email:  gat@thetoomeylawfirm.com,
                              alr@thetoomeylawfirm.com, and
                              hms@thetoomeylawfirm.com

                              By:   /s/ Gregg A. Toomey
                                    Gregg A. Toomey
                                    Florida Bar No. 159689