UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN,

    Plaintiff,

v.

HON. WALTER McNEIL, *et al.*,

    Defendants.

Case No. 4:19-cv-345-MW/MAF

# MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(H), James M. Slater of Slater Legal PLLC respectfully moves for leave to withdraw as counsel in this case. As grounds, the undersigned states:

1. The undersigned counsel appeared in this case as co-counsel to James V. Cook of the Law Office of James Cook.

2. The undersigned counsel wishes to withdraw from this matter and has obtained the Plaintiff's written consent for such withdrawal, which is attached.

3. James V. Cook continues to represent the Plaintiff in this case and intends to continue such representation. Thus, the undersigned's withdrawal will have no material adverse effect on the Plaintiff's interests.

WHEREFORE, pursuant to Local Rule 11.1, the undersigned respectfully moves for leave to withdraw as counsel for Plaintiff Bryant Brown.

Dated: August 15, 2025.

Respectfully submitted,

*/s/ James M. Slater*
James M. Slater (FBN 111779)
Slater Legal PLLC
2296 Henderson Mill Rd NE #116
Atlanta, Georgia 30345
Tel. (404) 458-7283
james@slater.legal

## Certificate of Service

I certify that on August 15, 2025, the undersigned filed a true and correct copy of this motion with CM/ECF, which will serve a copy on all counsel of record. I further certify that a copy of this motion will be delivered to Mr. Brown via electronic mail.

*/s/ James M. Slater*
James M. Slater

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRYANT NEIL BROWN,

    Plaintiff,

v.

HON. WALTER McNEIL, *et al.*,

    Defendants.

Case No. 4:19-cv-345-MW/MAF

**NOTICE OF CONSENT TO COUNSEL'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF BRYANT BROWN**

    James Slater along with Slater Legal PLLC moves for leave to withdraw as attorney of record for Plaintiff Bryant Brown. Plaintiff Bryant Brown agrees to counsel's withdrawal of representation for him. Plaintiff understands his respective duties and responsibilities, that James V. Cook will remain as his counsel in this case, and does consent to this withdrawal.

Date: 08/14/2025

_____
Bryant Brown