# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

    *Plaintiff*,

v.                                                 Case No.:  4:19cv345-MW/MAF

**WALTER McNEIL, et al.,**

    *Defendants*.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This Court has considered, without hearing, Plaintiff's motion to withdraw James M. Slater as Plaintiff's co-counsel in this case. ECF No. 175. Plaintiff continues to be represented by counsel and his representation will continue uninterrupted. Accordingly, the motion is **GRANTED**. The Clerk shall disconnect Mr. Slater from CM/ECF in this case.

**SO ORDERED** on August 15, 2025.

                                          s/Mark E. Walker_____
                                          **United States District Judge**