IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

    *Plaintiff*,

v.                                       Case No.:  4:19cv345-MW/MAF

**WALTER McNEIL, et al.,**

    *Defendants.*

_____/

## ORDER REQUIRING PROPOSED SCHEDULE

This Court is in receipt of Plaintiff's status report. ECF No. 177. Plaintiff requests the bankruptcy stay "remain in against the Corizon Defendants only until such time as Corizon Defendants are either released under the Chapter 11 Plan or, to the extent trust conditions are not met, the channeling injunction lapses." *Id.* at 2. Further, Plaintiff requests proceedings resume against Defendant McNeil. *Id.*

Accordingly, Plaintiff's claims against Corizon Defendants remain **STAYED** until the Corizon Defendants are either released under the Chapter 11 Plan or, to the extent trust conditions are not met, the channeling injunction lapses. Plaintiff shall confer with Defendant McNeil and the parties shall file a proposed schedule for their proceedings, including any motions to be re-gaveled and/or supplemental briefing for motions previously filed. If Plaintiff and Defendant McNeil cannot agree on any element of their proposed schedule, they shall provide their respective positions. The

parties shall file their proposed schedule **on or before Monday, September 8, 2025**.

**SO ORDERED on August 29, 2025.**

**s/Mark E. Walker**  
**United States District Judge**
