UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

    **Plaintiff,**                                Case No.: 4:19-cv-345-MW/MAF

**v.**

**WALTER McNEIL, as Sheriff of Leon
County, Florida, et al.**

    **Defendants.**
_____ /

## JOINT PROPOSED SCHEDULE

Plaintiff, BRYANT NEIL BROWN, and Defendant, WALTER McNEIL, as Sheriff of Leon County, Florida, by and through their undersigned respective counsel, and pursuant to this Court's Order Requiring Proposed Schedule (ECF No. 178), have conferred and as requested, provide the following as the proposed schedule for this proceeding:

The Parties agree that the Motion for Summary Judgment, the response, and the reply have all been fully briefed, and need to be rescheduled for a hearing within the next sixty (60) days. Depending upon the ruling on Defendant's Motion for Summary Judgment, if necessary, the Parties agree the jury trial should be scheduled for March or July 2026, along with the appropriate pretrial deadlines. The Parties also discussed Defendant taking an update deposition of Plaintiff prior to trial.

Plaintiff believes that Defendant should file a motion for such relief that clearly outlines the scope of the deposition and the purposes for which it may be used.

Respectfully submitted this 8th day of September, 2025.

| LAW OFFICE OF JAMES COOK | SNIFFEN & SPELLMAN, P.A. |
|---|---|
| /s/ James V. Cook<br>**JAMES V. COOK**<br>Florida Bar No. 0966853<br>314 West Jefferson Street<br>Tallahassee, Florida  32301<br>850-222-8080<br>Fax: 850-561-0836<br>cookjv@gmail.com<br>cookjv@gmail.com<br>*Attorney for Plaintiff* | /s/ Dawn P. Whitehurst<br>**DAWN POMPEY WHITEHURST**<br>Florida Bar No. 0794546<br>**MICHAEL P. SPELLMAN**<br>Florida Bar No. 937975<br>123 North Monroe Street<br>Tallahassee, Florida  32301<br>850-205-1996<br>Fax: 850-205-3004<br>dwhitehurst@sniffenlaw.com<br>mspellman@sniffenlaw.com<br>*Attorneys for Defendant*<br>*Sheriff Walter McNeil* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 8th day of September, 2025, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Northern District of Florida, Tallahassee Division, using the CM/ECF system, which will serve copies to all counsel of record.

/s/ Dawn P. Whitehurst
**DAWN POMPEY WHITEHURST**