# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**BRYANT NEIL BROWN,**

    *Plaintiff*,

v.                                                 Case No.:  4:19cv345-MW/MAF

**WALTER McNEIL, et al.,**

    *Defendants*.

_____/

## ORDER SETTING HEARING

This Court has considered, without hearing, the parties' joint proposed schedule with respect to proceeding in this action against Defendant McNeil while Plaintiff's claims against the Corizon Defendants remain stayed. ECF No. 179. This Court agrees a hearing should be set and so directs the Clerk to re-gavel Defendant McNeil's motion for summary judgment, ECF No. 107, and to set the motion for a telephonic hearing **on Thursday, October 9, 2025, at 2:00 p.m. (ET).**

    **SO ORDERED on September 9, 2025.**

                                       *s/Mark E. Walker*
                                       **United States District Judge**