# United States District Court

## CIVIL MINUTES - GENERAL

Time: <u>2:01 – 2:50 p.m.; 2:55 – 4:02 p.m.; 4:08 – 4:28 p.m.</u>        Case # <u>4:19cv345-MW-MAF</u>

Date: <u>October 9, 2025</u>

BRYANT NEIL BROWN v. WALTER A. MCNEIL, et al.

DOCKET ENTRY:  TELEPHONIC MOTION HEARING held.  Parties discuss case status.
Court hears argument re: Defendant McNeil's [107] Motion for Summary Judgment.  Ruling by
Court: Parties to file a status report re: bankruptcy by 11/24/25.  [107] Motion for Summary
Judgment is granted.  Order to follow.

PRESENT:   HONORABLE **MARK E. WALKER**, U.S. DISTRICT JUDGE

<u>Victoria Milton McGee</u>                    <u>Megan Hague</u>
Deputy Clerk                          Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

James Cook

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Michael Spellman

                                         Initials of the Clerk:  VMM