**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| BRYANT NEIL BROWN,<br>Plaintiff,<br>v.<br>HON. WALTER McNEIL, et al.,<br>Defendants. | CASE NO. 4:19-cv-345-MW/MAF |

**PLAINTIFF'S STATUS REPORT REGARDING BANKRUPTCY**

Per the Court's Order Regarding Bankruptcy Stay (Doc. 167), Plaintiff provides the following information concerning the bankruptcy proceedings involving Tehum Care Services, Inc. f/k/a Corizon Health Services, Inc., Case No. 23-90086 (Bankr. S.D. Tex.) (the "Bankruptcy Proceeding"):

1. As previously noted in Plaintiff's February 2025 status report, the parties in the Bankruptcy Proceeding reached a settlement.

2. Further, as noted in the April 2025 status report by Defendants Corizon, Garcia, Sellers, and MacDonald, the bankruptcy court confirmed the Chapter 11 Plan on March 31, 2025, so the automatic stay is no longer in effect.

3. However, as explained in Defendant's April 2025 report, Plaintiff has submitted a claim in the Bankruptcy Proceeding. Plaintiff's claims against Defendant remain subject to a channeling injunction in the Bankruptcy Proceeding, to be channeled under the Chapter 11 Plan to a liquidating trust, pursuant to trust procedures. Defendant will be released under the Chapter 11 Plan contingent on

the trust's procedures and funding, which may not be completed for thirty months from the March 31, 2025 Chapter 11 Plan effective date.

4. Accordingly, Plaintiff requests the bankruptcy stay remain in effect in this case until such time as Defendant is either released under the Chapter 11 Plan or, to the extent trust conditions are not met, the channeling injunction lapses.

Dated: February 26, 2026.

Respectfully submitted,

*\/s/ James Cook*
James V. Cook (FBN 0966843)
LAW OFFICE OF JAMES COOK
James V. Cook (FBN 966853)
314 West Jefferson Street
Tallahassee, Florida 32301
cookjv@gmail.com
Tel. (850) 222-8080

*Attorney for Plaintiff Bryant Brown*